# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D16-5844
_____

AZUCENA MARIA REYES LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.
_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

August 17, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Victor Holder, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.